UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADY CISSE, Sr., as Administrator of
the Estate of MAMADY CISSE (deceased),

                      Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                      Defendants.

Case No. 1:24-cv-08287 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendants' request for a pre-motion conference, Dkt. 48, and Plaintiff's response, Dkt. 50.  Having reviewed the parties' submissions, the Court GRANTS Defendants leave to file their motion for summary judgment pursuant to the below briefing schedule:

- Defendants' motion for summary judgment shall be due by **July 9, 2026**.

- Plaintiff's opposition shall be due by **August 6, 2026**.

- Defendants' reply shall be due by **August 20, 2026**.

In light of the foregoing, the parties' June 9, 2026 post-discovery conference is CANCELLED.

Dated: May 28, 2026
      New York, New York

                                SO ORDERED.

                                JENNIFER L. ROCHON
                                United States District Judge