THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
Corporation Counsel

**BRIAN FRANCOLLA**
*Senior Corporation Counsel*
Tel.: (212) 356-3527
Fax: (212) 356-3509
bfrancol@law.nyc.gov

July 7, 2026

Request GRANTED. The parties' briefing schedule is extended as follows:

- Defendants' summary judgment motion is due by **July 14, 2026**;
- Plaintiff's opposition is due by **August 14, 2026**; and
- Defendants' reply is due by **August 28, 2026**.

Dated: July 7, 2026
New York, New York

**SO ORDERED.**
Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re: Cisse, Sr. v. City of New York et al, 24-CV-8287 (JLR)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter on behalf of defendants. In that capacity, I write to respectfully request a brief extension of time for defendants to file their motion for summary judgment from July 9, 2026, until July 14, 2026. Plaintiff's counsel consents to this request and, should the Court grant same, the parties have proposed a new agreed upon briefing schedule below that reflects the adjustment.

The reason for this request is simply that I have been occupied on other matters more than I expected and as a result, it may prove difficult for me to finalize defendants' moving papers by July 9, 2026. Specifically, I have, of late, been immersed in discovery and depositions stemming from a reversed conviction in response to a February 12, 1996 arrest – including depositions that I am unable to reschedule (one of which will last all day) set for tomorrow and Friday, respectively. The brief extension, if granted, should enable sufficient time for the undersigned to finalize defendants' moving papers notwithstanding while keeping the parties' summary judgment briefing schedule largely on track. Should the Court grant this request, the parties jointly propose the following briefing schedule:

| | |
|---|---|
| Defendants' Motion: | July 14, 2026; |
| Plaintiff's Opposition: | August 14, 2026; and |

Defendants' Reply: August 28, 2026.

Thank you for your consideration herein.

Respectfully submitted,

/s/
Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc: All Counsel (By ECF)